1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   JEFFREY A. SPIVAK
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO. 5:24-MJ-00007-CDB

12 |                      Plaintiff,      **STIPULATION RE TREATMENT OF PROTECTED INFORMATION**

13 |            v.

14 | KRISTOPHER THOMAS,

15 |                      Defendant.

16

17

18       WHEREAS, the discovery in this case contains a large amount of other people's personal

19 identifying information, including personal identification numbers, dates of birth, financial account

20 numbers, telephone numbers, and residential addresses ("Protected Information"); and

21       WHEREAS, the parties desire to avoid the necessity of large-scale redactions and the

22 unauthorized disclosure of Protected Information to anyone not a party to this case;

23       The parties agree that entry of a stipulated protective order is appropriate.

24       THEREFORE, the parties stipulate as follows:

25       1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of

26 Criminal Procedure and its general supervisory authority that pertains to all discovery produced to the

27 defendant's counsel in this case;

28

                                                   1

2. By signing this stipulation, defense counsel agrees not to share any discovery that contains Protected Information with anyone other than other defense counsel involved in the case and defense counsel investigators and support staff. Defense counsel may permit the defendant to review unredacted discovery that contains Protected Information in the presence of defense counsel or defense counsel investigators and support staff. But defense counsel shall not allow the defendant to copy the Protected Information and may only provide the defendant with copies of discovery from which the Protected Information is redacted;

3. The discovery may be used only in connection with the litigation of this case. The discovery is now and will remain the property of the government. Defense counsel will return the discovery to the government, or certify that it has been destroyed, at the conclusion of the case;

4. Defense counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement; and

5. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from the new defense counsel until the new defense counsel agrees to be bound by this stipulation and resulting order.

IT IS SO STIPULATED.

DATED: March 6, 2024                  */s/ Peter Jones*_____
                                       Peter Jones
                                       Counsel for Kristopher Thomas

DATED: March 6, 2024                  */s/ Joseph Barton*_____
                                       Joseph Barton
                                       Jeffrey Spivak
                                       Assistant United States Attorneys

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>KRISTOPHER THOMAS,<br><br>　　　　　　　　Defendant. | CASE NO.  5:24-MJ-00007-CDB<br><br>**ORDER RE TREATMENT OF PROTECTED INFORMATION** |

　　　For good cause shown, the stipulation between counsel, dated March 6, 2024, in the above case, regarding the treatment of protected information contained in the discovery is approved.

IT IS SO ORDERED.

　Dated:　__March 7, 2024__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3