IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTOPHER THOMAS,<br>CHARMANE DOZIER,<br>KETTISHA THOMPSON-DOZIER, and<br>SHARON VANCE<br><br>                    Defendants. | CASE NO.  5:24-MJ-00007-CDB<br><br>ORDER ON STIPULATION TO FURTHER CONTINUE PRELIMINARY HEARING; ORDER SCHEDULING COUNSEL-ONLY CONFERENCE<br><br>(Doc. 44) |

On May 3, 2024, the Court granted the parties' second stipulated request to further continue the preliminary hearing in this case and exclude calculable time under the Speedy Trial Act, pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).  (Doc. 43). In its order, the Court provided: "**No further stipulated requests for a continuance of the preliminary hearing will be entertained in this action without convening for an in-person hearing to consider the parties' request and showing of good cause**." *Id.* at 2 (emphasis in original).

On June 28, 2024, counsel for the government informally communicated with the undersigned's courtroom deputy clerk to request a counsel-only conference to address the parties' anticipated request to seek a further continuance of the preliminary hearing.  The Court confirmed its availability to convene at 2:30 p.m. on either July 8 or July 9, 2024, and separately confirmed availability to consider

in advance of the hearing any stipulated request relating to the subject of the requested counsel-only conference.

On July 1, 2024, the government filed a stipulated request executed by counsel for all parties for order continuing the preliminary hearing for an additional 60 days. (Doc. 44).

Accordingly, the Court sets the matter for a counsel-only conference at which Defendants' appearance may be waived on July 9, 2024, in Bakersfield at 2:30 p.m. Counsel for the parties may obtain Zoom connection information in advance of the conference from the Courtroom Deputy Clerk, Susan Hall (Shall@caed.uscourts.gov).

IT IS SO ORDERED.

Dated: **July 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE