1  MICHELE BECKWITH
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00231-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

   IT IS HEREBY STIPULATED between the parties that the status conference scheduled for February 26, 2025, at 1:00 p.m., may be continued until May 14, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel, which is voluminous and includes detailed tax and other financial records. The parties have also met and conferred on multiple occasions regarding potential plea offers to resolve the case. Defense counsel has further investigation to perform.

   Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded through May 14, 2025, in the interests of justice, including but not limited to, the need for

effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.


Dated:  February 19, 2025             */s/ Peter Jones*
                                                           Peter Jones
                                                           Counsel for Kristopher Thomas


Dated:  February 19, 2025             */s/ Christina Corcoran*
                                                           Christina Corcoran
                                                           Counsel for Charmane Dozier


Dated:  February 19, 2025             */s/ Serita Rios*
                                                           Serita Rios
                                                           Counsel for Kettisha Thompson-Dozier


Dated:  February 19, 2025             */s/ Victor Nasser*
                                                           Victor Nasser
                                                           Counsel for Sharon Vance


Dated:  February 19, 2025             */s/ Joseph Barton*
                                                           Joseph Barton
                                                           Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00231-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for February 26, 2025, is continued until **May 14, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through May 14, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 19, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

3