1  MICHELE BECKWITH
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA | Case No. 1:24-cr-00231-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

   IT IS HEREBY STIPULATED between the parties that the status conference scheduled for May 14, 2025, at 1:00 p.m., may be continued until August 27, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel, which consists of millions of pages and includes detailed tax and other financial records. The parties have also continued to meet and confer regarding potential plea offers to resolve the case and are hopeful that a resolution will soon be reached. Finally, defense counsel for Sharon Vance is in a long-cause state trial in another case that is expected to last until August 15, 2025. Defense counsel has further investigation to perform.

1  Accordingly, the parties agree that time under the Speedy Trial Act shall be excluded
2  through August 27, 2025, in the interests of justice, including but not limited to, the need for
3  effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
4  and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this
5  action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  May 7, 2025           */s/ Peter Jones*
                              Peter Jones
                              Counsel for Kristopher Thomas

Dated:  May 7, 2025           */s/ Christina Corcoran*
                              Christina Corcoran
                              Counsel for Charmane Dozier

Dated:  May 7, 2025           */s/ Serita Rios*
                              Serita Rios
                              Counsel for Kettisha Thompson-Dozier

Dated:  May 7, 2025           */s/ Victor Nasser*
                              Victor Nasser
                              Counsel for Sharon Vance

Dated:  May 7, 2025           */s/ Joseph Barton*
                              Joseph Barton
                              Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00231-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for May 14, 2025, is continued until **August 27, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through August 27, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **May 7, 2025**          /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE