1  ERIC GRANT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA            Case No. 1:24-cr-00231-NODJ-BAM

13
                Plaintiff,             STIPULATION TO CONTINUE STATUS
14                                     CONFERENCE; AND ORDER

15      v.

16  KRISTOPHER THOMAS,
    CHARMANE DOZIER,
17  KETTISHA THOMPSON-DOZIER, and
    SHARON VANCE,
18
                Defendants.
19

20

21          IT IS HEREBY STIPULATED between the parties that the status conference scheduled

22  for August 27, 2025, may be continued until October 8, 2025, at 1:00 p.m., before the Honorable

23  Barbara A. McAuliffe.  The government has produced discovery to defense, which consists of

24  millions of pages and includes detailed tax and other financial records.  The parties have also

25  continued to meet and confer regarding potential plea offers to resolve the case and are hopeful

26  that a resolution will soon be reached.  Finally, one of the defendant's attorneys is expected to be

27  off work for parental leave for the month of September 2025.  All the defendants' attorneys have

28  further investigation to perform.

Accordingly, the parties are requesting one last continuance of the status conference before setting a trial date to see if they can resolve the case. The parties agree that time under the Speedy Trial Act shall be excluded through October 8, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.


Dated:  August 19, 2025                      _/s/ Peter Jones_____
                                             Peter Jones
                                             Counsel for Kristopher Thomas

Dated:   August 19, 2025                     _/s/ Christina Corcoran_____
                                             Christina Corcoran
                                             Counsel for Charmane Dozier

Dated:   August 19, 2025                     _/s/ Serita Rios_____
                                             Serita Rios
                                             Counsel for Kettisha Thompson-Dozier

Dated:  August 19, 2025                      _/s/ Victor Nasser_____
                                             Victor Nasser
                                             Counsel for Sharon Vance

Dated:  August 19, 2025                      _/s/ Joseph Barton_____
                                             Joseph Barton
                                             Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00231-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for August 27, 2025, is continued until **October 8, 2025, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**.  The period through October 8, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties should be prepared to pick a trial date at a future status conference in 2025.

IT IS SO ORDERED.

Dated:   __**August 19, 2025**__          _____/s/ _Barbara A. McAuliffe_____
                                        UNITED STATES MAGISTRATE JUDGE