ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00231-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for February 11, 2026, may be continued until April 8, 2026, at 1:00 p.m., before the Honorable Erica P. Grosjean.  The parties continue to meet and confer regarding potential plea offers and are hopeful that a resolution will soon be reached.  They have no further updates to provide to the Court at this time.

///

///

A trial confirmation hearing and trial start date have already been scheduled in this case with an appropriate time exclusion.

Dated:  February 9, 2026

    */s/ Peter Jones*
Peter Jones
Counsel for Kristopher Thomas

Dated:  February 9, 2026

    */s/ Christina Corcoran*
Christina Corcoran
Counsel for Charmane Dozier

Dated:  February 9, 2026

    */s/ Serita Rios*
Serita Rios
Counsel for Kettisha Thompson-Dozier

Dated:  February 9, 2026

    */s/ Victor Nasser*
Victor Nasser
Counsel for Sharon Vance

Dated:  February 9, 2026

    */s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:24-cr-00231-NODJ-BAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KRISTOPHER THOMAS, CHARMANE DOZIER, KETTISHA THOMPSON-DOZIER, and SHARON VANCE, | |
| Defendants. | |

IT IS SO ORDERED that the status conference is continued from February 11, 2026, to **April 8, 2026 at 1:00 p.m. in Courtroom 10 before Magistrate Judge Erica P. Grosjean**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**February 9, 2026**__          /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE

3